# ALABAMA COURT OF CRIMINAL APPEALS



July 18, 2025

**CR-2025-0083**

Kelvin Demetris Peacock v. Alabama Board of Pardons and Paroles (Appeal from Montgomery Circuit Court: CV-24-194)

## <u>NOTICE</u>

You are hereby notified that on July 18, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk